No. 89–7780. EVANS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7783. BLACKMON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7784. RATLIFF v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7790. HARDING v. ALLEN, COMMISSIONER, MAINE DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–7791. MILNE v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–7792. PIOTROWSKI v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 89–7794. HUARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 89–7795. MACK v. UNITED STATES; and
No. 89–7811. MACKLIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 900 F. 2d 948.

No. 89–7796. KLEIN v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 89–7797. MALDONADO v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 89–7798. JEFFERSON v. JOHNSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–7799. HENRY v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 89–7800. MOORE v. FICQUETTE ET AL. C. A. 11th Cir. Certiorari denied.

No. 89–7801. LEWIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.